Hiatt and Another *v.* Goblt and Another.

·APPEAL from the *Warren* Common Pleas.

*Gregory & Harper,* for the appellants.

---

HIATT and Another *v.* GOBLT and Another.

In an action upon mortgage and notes, they should both be set out in, and made parts of, the complaint, either by filing the originals, or by copies, and merely filing them with the complaint, without any reference to them in it, is not sufficient.

APPEAL from the *Henry* Circuit Court.

*Per Curiam.*—In this suit, to foreclose a mortgage, copies of the mortgage and notes were not made parts of the complaint, and thus identified, either by being copied into the complaint, or by reference in the complaint to copies or originals filed with it, although a mortgage and notes were filed with the complaint. Nor was a copy of either one of them filed, or referred to in the complaint. The complaint was bad.

The judgment is reversed, with costs. Cause remanded for a new trial, with leave to amend. See 2 G. & H. p. 375.

*M. L. Bundy, Smith & Smith,* and *Thos. A. Hendricks,* for the appellants.

*J. H. Mellett,* and *Martindale & Grubbs,* for the appellees.